400 A.2d 616

First Eastern Bank, N. A. and Heupcke, Trustees, et al.
v. Justofin et al., Appellants.

Argued December 6, 1978.  John Justin McCarthy, for appellants;  Martin D. Cohn, for appellees.

Before PRICE, SPAETH and WATKINS, JJ.

Decree affirmed.